Jason Fenty
mesa House
28 south olive
mesA, AZ 85204
(480) 338-0258

___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

OCT 3 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## In The U.S. District court
### for the District of ARIZONA

| | |
|---|---|
| Jason Phillip Fenty<br>Plaintiff<br><br>V.<br>PAul Penzone<br>Defendant | NO. CV-22-01183-PHX-DJH-JZB<br><br>Plaintiff's Notice of<br>CHANGe of ADDress |

The PLAintiff JAson Fenty has
changed his ADDress TO:

JASON Fenty
mesA - House
28 south olive
MesA, AZ. 85204

Respectfully submitted
10-27-22
JASON Fenty

Certificate of Service

Jason Fenty
Mesa House
28 south olive
Mesa, AZ, 85204

Jason Phillip Fenty

Certificate of service

I Jason Fenty hereby certify
that I sent change of address
Documents to the court on
10-28-22 Thru The U.S. mail

Signed by plaintiff
        Jason Fenty